

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2021

**By ECF**
The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Peal Street
New York, New York 10007

    Re:    <u>United States v. Lorenzo Bautista,</u>
              21 Cr. 80 (NRB)

Dear Judge Buchwald:

    The Government writes in advance of the initial conference and arraignment in the above-referenced case, which the Court has scheduled for February 11, 2021. On or about January 12, 2021, the defendant was arrested and presented before the Honorable Ona T. Wang, United States Magistrate Judge, and he was released from custody that day subject to certain bail conditions. On February 8, 2021, a Grand Jury in this District returned a one-Count Indictment against the defendant. On February 9, 2021, the parties' requested the Court schedule the arraignment and initial conference on the Indictment for February 11, 2021.

    In advance of any upcoming arraignment and conference, the Government writes to respectfully request that the time between today and February 11, 2021 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time (1) to produce and review discovery, and (2) to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Counsel for the defendant does not oppose the Government's request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:    /s/
Danielle M. Kudla / Alexander N. Li
Assistant United States Attorney
(212) 637-2304 / 2265

```
Application granted.  The Court
excludes time under the Speedy
Trial Act until February 11, 2021.
See 18 U.S.C. § 3161(h)(7)(A).
```
SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    New York, N.Y.
           February 10, 2021
    cc: Irving Cohen, Esq. (via ECF)